**Reinstated; Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 8, 2015.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-14-00760-CV

**MARVIN BRITTON, Appellant**

**V.**

**MARK JONES, Appellee**

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1050136**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 25, 2014. On December 22, 2014, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Wise.